**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| SHILO SANDERS | ) | Case No. 23-14859-MER |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| JOHN DARJEAN, | ) | |
| Plaintiff, | ) | Adv. Pro. 24-01023-MER |
| v. | ) | |
| SHILO DION SANDERS, | ) | |
| Defendant. | ) | |

**ORDER GRANTING MOTION TO DISMISS PLAINTIFF'S COMPLAINT**
**PURSUANT TO FED. R. BANKR. P. 7012(b)(6)**

THIS MATTER, having come before the Court on the Debtor's Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Bankr. P. 7012(b)(6) ("Motion"), the Court having reviewed the Motion and finding good cause for granting the requested relief, does hereby

ORDER

That the Motion is GRANTED. The Plaintiff's Complaint is hereby dismissed with prejudice to refiling in accordance with Fed. R. Civ. P. 12(b)(6) and Fed. R. Bankr. P. 7012.

Done and entered this _____ day of January, 2024 at Denver, Colorado.

_____
Honorable Michael E. Romero
United States Bankruptcy Court Judge
