## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SHILO SANDERS | ) | Case No. 23-14859-MER |
| | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| ————————————————— | ) | |
| | ) | |
| JOHN DARJEAN, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Pro. 24-01023-MER |
| | ) | |
| v. | ) | |
| | ) | |
| SHILO DION SANDERS, | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I certify that on February 29, 2024, I served a complete copy of the **MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED.R.BANKR.P. 7012(b)(6)** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Simon E. Rodriguez, Esq.
Chapter 7 Trustee
P.O. Box 36324
Denver, CO 80236

James Van Horn, Esq.
Barnes & Thornburg LLP
555 12th Street NW
Suite 1200
Washington, D.C. 20004

Alan Sweetbaum, Esq.
Sweetbaum Miller, P.C.
1200 Seventeenth Street
Suite 1250
Denver, CO 80202

Ori Raphael, Esq.
Mathias Raphael PLLC
13101 Preston Road
Suite 501
Dallas, TX 75240

Jeffrey Dayne Carruth, Esq.
Weycer Kaplan Pulaski & Zuber, P.C.
24 Greenway Plaza
Suite 2050
Houston, TX 77046

**/s/Vicky Martina**
**Vicky Martina**
**Kutner Brinen Dickey Riley PC**