UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO (DENVER)

| | | |
|---|---|---|
| IN RE: § | | |
| § | CASE NO. 23-14859 | |
| SHILO DION SANDERS, § | | |
| § | Chapter 7 | |
| Debtor. § | | |
| § | | |
| JOHN DARJEAN, § | | |
| § | | |
| Plaintiff § | | |
| § | Adv. Proc. No. 24-01023-MER | |
| v. § | | |
| § | | |
| SHILO DION SANDERS, § | | |
| § | | |
| Defendant. § | | |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that WEYCER, KAPLAN, PULASKI & ZUBER, P.C. hereby appears as additional counsel on behalf of **JOHN DARJEAN** and hereby submits this Notice of Appearance and requests notice of all hearings and conferences herein and makes demand for service of all papers herein. All notices given or required to be given in this case shall be given to and served at the following addresses.[1]

**ADDRESS FOR NOTICE(S)**
Jeff Carruth
E-mail: jcarruth@wkpz.com

Dated: February 29, 2024        Respectfully submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
By:   */s/ Jeff Carruth*
    JEFF CARRUTH (TX SBN: 24001846)
    2608 Hibernia, Suite 105
    Dallas, Texas 75204-2514
    Telephone: (713) 341-1158
    Fax: (713) 961-5341
    E-mail: jcarruth@wkpz.com

**ATTORNEYS FOR
JOHN DARJEAN**

---

[1] This NOA is filed to ensure that ECF notices are distributed to the email address of the undersigned. Although the undersigned appears on the docket, the undersigned to date is not receiving direct ECF notices.

**CERTIFICATE OF SERVICE**

      On February 29, 2024, I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served upon all registered ECF users who have appeared in this case to date through the ECF noticing system.

                                                      */s/ Jeff Carruth*
                                                      JEFF CARRUTH