## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>SHILO SANDERS<br><br>Debtor.<br><br>JOHN DARJEAN,<br><br>    Plaintiff,<br><br>v.<br><br>SHILO DION SANDERS,<br><br>    Defendant. | Case No. 23-14859-MER<br><br>Chapter 7<br><br><br><br>Adv. Pro. 24-01023-MER |

**NOTICE OF APPEARANCE**

Victor D. Vital of Haynes and Boone, LLP hereby enters his appearance on behalf Shilo Sanders, as he is no longer associated with the law firm of Barnes & Thornburg, LLP. All notices given or required to be given in this case shall be given to and served upon the undersigned counsel at the following address:

> Victor D. Vital
> Haynes and Boone, LLP
> 2801 N. Harwood Street, Suite 2300
> Dallas, Texas 75201
> Telephone: (214) 651-5000
> Telecopier: (214) 651-5940
> Email: Victor.Vital@haynesboone.com

Dated: October 3, 2024          Respectfully submitted,

By:     */s/ Keri L. Riley*
Keri L. Riley #47605
**KUTNER BRINEN DICKEY RILEY, P.C.**
1660 Lincoln Street, Suite 1720
Denver, CO 80264
Telephone: (303) 832-2400
E-Mail: klr@kutnerlaw.com
-and-

Respectfully submitted,

/s/ *Victor D. Vital*
Victor D. Vital
State Bar No. 00794798
**Haynes and Boone, LLP**
2801 N. Harwood St., Suite 2300
Dallas, Texas 75201
Email: Victor.Vital@haynesboone.com
Telephone: 214-651-5000

## CERTIFICATE OF SERVICE

I hereby further certify that I caused a copy of the foregoing Notice of Appearance to be served via U.S. Mail, First class, Postage Pre-Paid upon parties that are not registered to receive notice by operation of the Court's electronic filing system at their respective addresses listed on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ Victor D. Vital
Victor D. Vital
Haynes and Boone, LLP
2801 N. Harwood St., Suite 2300
Dallas, Texas 75201