**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero**

| | |
|---|---|
| In re:<br><br>Shilo Dion Sanders<br><br>     Debtor. | Case No. 23-14859 MER<br><br>Chapter 7 |
| John Darjean<br><br>     Plaintiff,<br><br>v.<br><br>Shilo Dion Sanders<br><br>     Defendant. | Adversary No. 24-0123-MER |

## ORDER

THIS MATTER comes before the Court on the Plaintiff's Complaint and Defendant's Answer. The Court, having reviewed the file and being advised in the premises,

ORDERS AS FOLLOWS:

1. Pursuant to Rule 7026, FED.R.BANKR.P., Rule 26, FED.R.CIV.P. and L.B.R. 7026-1, counsel shall, on or before **November 18, 2024,**

    a. Confer and discuss, pursuant to Rule 7026, FED.R.BANKR.P., and Rule 26(f) FED.R.CIV.P.,

        i. the nature and basis of their claims and defenses;
        ii. the possibilities for a prompt settlement or resolution of the case.

    b. Complete all initial disclosures required by Rule 26(1)(1), FED.R.CIV.P.

    c. Develop a specific and firm discovery schedule and plan. This discovery plan should

        i. contain firm deadlines for completion of discovery and a date to file dispositive motions; and

      ii.    address any pertinent matters and identify anticipated problems identified in Rule 16(b) and (c), FED.R.CIV.P.

  d.  Submit a written report to the Court, on or before **December 2, 2024**, which includes proposals for the following, or otherwise notify this Court by written report filed on or before the above date that the parties have resolved the issues in the within adversary proceeding and that a settlement and/or dismissal is imminent:

      i.    Amended pleadings shall be filed and/or additional parties shall be joined by _____.

      ii.    Parties will provide expert disclosure under Rule 26(a)(2) FED.R.CIV.P. by _____, and rebuttal expert disclosures under Rule 26(a)(2)(B) FED.R.CIV.P. by _____. Expert discovery shall be completed by _____.

      iii.    All fact discovery shall be **completed** by _____.

      iv.    Dispositive motions shall be filed by _____.

Submission of the report will serve as certification that all initial required disclosures, pursuant to Rule 7026(a), FED.R.CIV.P., have been fully and timely completed.

2. The parties shall commence discovery immediately after their Rule 26(f) meeting, referenced in paragraph 2(a) above, is concluded.

**Failure of the parties, or a party, to comply with or otherwise respond to this Order, may result in the imposition of sanctions, dismissal of the within proceeding, or entry of judgment, if warranted and appropriate.**

    IT IS FURTHER ORDERED that a trial scheduling conference will be set, if necessary, after expiration of all pretrial deadlines and after the Court has ruled upon any dispositive motions, or upon request of the parties.

Dated: October 28, 2024            BY THE COURT:

_____
Michael E. Romero, Judge
United States Bankruptcy Court